UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA JAMES,<br><br>Plaintiff,<br><br>v.<br><br>AGTAC SECURITY SERVICES, LLC, et al.,<br><br>Defendants. | No. 1:20-cv-01655-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME<br><br>(ECF No. 16) |

On January 25, 2021, Plaintiff Rebecca James and Defendant Bruce Kiefer filed a stipulation and proposed order to grant Defendant Kiefer an extension of time to respond to the first amended complaint. (ECF No. 16). The filing parties—the stipulation was not signed by Defendant AGTAC Services, LLC—state that Defendant Kiefer recently retained new counsel from his former employer's insurer and the new counsel needs additional time to respond to the first amended complaint. (*Id.*). The filing parties stipulate to a filing deadline of February 8, 2021. (*Id.*).

At the outset, the Court notes that under Local Rule 143(a)(1), stipulations such as these must be "in writing, signed by all attorneys or pro se parties who have appeared in the action and are affected by the stipulation[.]" Defendant AGTAC Services, LLC has not signed the stipulation. However, that party does not appear to be affected by this stipulation. Therefore, the Court will recognize the stipulation. See Local Rule 143(a) ("Stipulations not in conformity with

these requirements will not be recognized unless necessary to prevent manifest injustice.").

Finding good cause, the Court grants the stipulated request. Accordingly, IT IS HEREBY ORDERED that Defendant Kiefer shall respond to the first amended complaint no later than February 8, 2021.

IT IS SO ORDERED.

Dated: **January 25, 2021**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE