UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA JAMES,<br><br>            Plaintiff,<br><br>     v.<br><br>AGTAC SECURITY SERVICES, LLC, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01655-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 23) |

On August 18, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 23). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 19, 2021**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1